UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark Allen McConnaughy,

    Plaintiff,

v.

Bellaire Police Department, *et al.*,

    Defendants.

Case No. 2:21-cv-3929

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

    Magistrate Judge Deavers performed an initial screen of this *pro se* case, brought *in forma pauperis*, under 28 U.S.C. § 1915(e), and on August 2, 2021, she issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint. R&R, ECF No. 3. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 6–7.

    The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Clerk is **DIRECTED** to close the case.

    IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT